UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In Re:
MARIA TERESA STONEY                                    Case No.: 10-74849-SCS
    Debtor                                             Chapter 7

## ORDER

THIS CAUSE came on this day to be heard upon the Chapter 7 Trustee's Objection to the debtor's exemptions claimed on an amended Schedule C filed with the Court, and was argued by counsel.

UPON CONSIDERATION WHEREOF and it appearing to the Court that the debtor exempted certain assets by listing the exemption as 100% of FMV calculated to be a specific dollar amount.

And it further appearing to the Court that the words 100% of FMV may be intended to exempt the said assets for an amount greater than the exemption amounts allowed by the Virginia Code.

It is accordingly ADJUDGED, ORDERED and DECREED that for reasons stated orally at the hearing in this cause on May 5, 2011, and for the reasons set forth in the Court's previous Memorandum Opinion issued on February 9, 2011, in this case regarding similar exemptions claimed by the debtor.

It is accordingly ADJUDGED, ORDERED and DECREED that the Chapter 7 Trustee's Objection to Exemptions is hereby sustained.  The debtor's exemptions listed on

**Tom C. Smith, Trustee**
**Law Offices of Tom C. Smith**
**1600 Virginia Beach Boulevard**
**P.O. Box 1506**
**Virginia Beach, VA 23451**
**(757) 428-3481**
**VSB#:  14203**

her amended Schedule C are hereby limited to the statutory amounts allowed by the Virginia exemption statutes listed for each exemption the debtor has claimed on the amended Schedule C filed with the Court.

ENTER:

_____
JUDGE

/s/ Tom C. Smith_____
Tom C. Smith, Trustee

Seen and No Objections:

 /s/ Chandra Harris Snyder_____
Chandra Harris Snyder, Debtor's Counsel

# CERTIFICATE OF MAILING

I, the undersigned, hereby certify that a copy of the foregoing Order was mailed to Chandra Harris Snyder, Hampton Roads Legal Services, 2624 Southern Blvd., Ste. 101, Virginia Beach, VA 23452, this 13th day of May, 2011.

 /s/ Tom C. Smith_____
Tom C. Smith, Trustee

**Tom C. Smith, Trustee**
**Law Offices of Tom C. Smith**
**1600 Virginia Beach Boulevard**
**P.O. Box 1506**
**Virginia Beach, VA 23451**
**(757) 428-3481**
**VSB#: 14203**